**Order entered November 10, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00184-CR

**VICTOR RENARD BROWN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F14-76504-M**

## ORDER

The Court **DENIES** appellant's pro se motion for extension of time to file brief. The Court notified appellant by letter dated August 10, 2015 that the deadline for filing a pro se response to the *Anders* brief filed in this case was October 8, 2015. This case is set for submission on November 24, 2015.

We **ORDER** the Clerk of the Court to send a copy of this order to Victor Renard Brown, TDCJ No. 01977507, Bradshaw Unit, P.O. Box 9000, Henderson, Texas, 75653.

/s/     ROBERT M. FILLMORE
              PRESIDING JUSTICE